## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Leslie v. City of New York _____ Docket No.: 26-950 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Lauren L. O'Brien

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-0852 _____ Fax: _____

E-mail: lobrien@law.nyc.gov

Appearance for: City of New York, Edward A. Caban, Jeffrey Maddrey, James Essig, Brian McGee, Dr. Jason Graham /appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Steven Banks / New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Lauren L. O'Brien

Type or Print Name: Lauren L. O'Brien